# EXHIBIT A

## DOMINIC ANDERSON

**IP Address:** 69.209.221.102 2007-06-08 13:24:22 EDT          **CASE ID#** 132261670A

**P2P Network:** Gnutella                                       **Total Audio Files:** 180

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |
| UMG Recordings, Inc. | Young Jeezy | Air Forces | Let's Get It: Thug Motivation 101 | 375-159 |
| UMG Recordings, Inc. | Shyne | Shyne | Godfather Buried Alive | 363-006 |
| Atlantic Recording Corporation | Twista | Overnight Celebrity | Kamikaze | 360-486 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | 50 Cent | This Is 50 | The Massacre | 366-051 |
| UMG Recordings, Inc. | Young Buck | Look At Me Now | Straight Outta Ca$hville | 362-252 |
| UMG Recordings, Inc. | Kanye West | Touch The Sky | Late Registration | 372-867 |
| UMG Recordings, Inc. | 50 Cent | Don't Push Me | Get Rich Or Die Tryin' | 337-801 |
| UMG Recordings, Inc. | Jay-Z | What More Can I Say | The Black Album | 337-758 |

CHGO1\31143116.1