**AEE**

**08 C 473**

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court<br>Northern District of Illinois |
| DOCKET NO.    DATE FILED | Everett McKinley Dirksen Buildling<br>219 South Dearborn St., 20th Floor<br>Chicago, IL 60604 |

| PLAINTIFF | DEFENDANT |
|---|---|
| UMG RECORDINGS, INC.; and ATLANTIC RECORDING CORPORATION | DOMINIC ANDERSON |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

CHGO1\31143116.1

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

**FILED**

**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# EXHIBIT A

## DOMINIC ANDERSON

**IP Address:** 69.209.221.102 2007-06-08 13:24:22 EDT          **CASE ID#** 132261670A

**P2P Network:** Gnutella          **Total Audio Files:** 180

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |
| UMG Recordings, Inc. | Young Jeezy | Air Forces | Let's Get It: Thug Motivation 101 | 375-159 |
| UMG Recordings, Inc. | Shyne | Shyne | Godfather Buried Alive | 363-006 |
| Atlantic Recording Corporation | Twista | Overnight Celebrity | Kamikaze | 360-486 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | 50 Cent | This Is 50 | The Massacre | 366-051 |
| UMG Recordings, Inc. | Young Buck | Look At Me Now | Straight Outta Ca$hville | 362-252 |
| UMG Recordings, Inc. | Kanye West | Touch The Sky | Late Registration | 372-867 |
| UMG Recordings, Inc. | 50 Cent | Don't Push Me | Get Rich Or Die Tryin' | 337-801 |
| UMG Recordings, Inc. | Jay-Z | What More Can I Say | The Black Album | 337-758 |