IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DOMINIC ANDERSON, <br><br> Defendant. | Case No. 08 C 0473 <br><br> Honorable John F. Grady |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiffs, UMG RECORDINGS, INC. and ATLANTIC RECORDING CORPORATION, by and through their attorneys, voluntarily dismiss of this action without prejudice, with each party to bear its / his own costs, expenses and attorney fees.

Respectfully submitted,

UMG RECORDINGS, INC. and ATLANTIC RECORDING CORPORATION

DATED:  April 10, 2008            By:   */s/ Ann Marie Bredin*
                                                    One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC # 6255663)
Amanda Jones (ARDC # 6286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs

CHGO1\31186407.1

## CERTIFICATE OF SERVICE

   I, Ann Marie Bredin, hereby certify that on April 10, 2008, I caused a copy of the ***Notice of Dismissal Without Prejudice*** (the "Notice") to be filed electronically.  Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in this proceeding.  In addition, on April 10, 2008, I caused a copy of the Notice to be served on the following individual via United States mail, postage prepaid.

Dominic Anderson
4120 S. Drexel Blvd.
Unit 3B
Chicago, IL  60653


DATED:  April 10, 2008   By: */s/ Ann Marie Bredin*
                 Ann Marie Bredin